**Order filed, March 16, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00201-CR

_____

**LORENZO  DEWAYNE  WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 12
Harris County, Texas
Trial Court Cause No. 2276510**

---

### ORDER

The reporter's record in this case was due March 10, 2020.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Laurie Buchanan, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan and Poissant.